ACCEPTED
01-15-00031-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/4/2015 2:17:48 PM
CHRISTOPHER PRINE
CLERK

Case No. 01-15-00031-CV

**In the**
**First Court of Appeals**
**Houston, Texas**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/4/2015 2:17:48 PM

~~CHRISTOPHER A. PRINE~~
Clerk

**DAVID SEMIEN,**

*Appellant*

**V.**

**RESCAR INDUSTRIES, INC.,**

*Appellee.*

On Appeal from the 128th Judicial District Court of
Orange County, Texas
Trial Court Cause No. A-130298-C

**APPELLANT'S AND APPELLEE'S STIPULATION**
**OF DISMISSAL OF APPEAL WITH PREJUDICE**

TO THE HONORABLE JUDGES OF SAID COURT:

COME NOW, APPELLANT, DAVID SEMIEN, and Appellee, RESCAR INDUSTRIES, INC. by and through their attorneys-of-record, and files this Stipulation moving to dismiss with prejudice this appeal. The parties have resolved the dispute.

WHEREFORE, APPELLANT, DAVID SEMIEN, prays that this appeal be dismissed with prejudice as against Appellee, RESCAR INDUSTRIES, INC.

1

Respectfully submitted,

By: /s/ Tony R. Taft

Tony R. Taft
State Bar No. 24008119
THE TAFT LAW FIRM, P.C.
1515 Woodvine Drive
Houston, Texas 77055
(713) 465-8233
(713) 465-9400 – facsimile
ATTORNEY FOR PLAINTIFF

Respectfully submitted,

By: /s/ Karen L. Spivey

Karen L. Spivey
State Bar No. 18955100
PATE & SPIVEY, LLP
505 Orleans Street, Suite 500
FIRST CITY BUILDING
Beaumont, Texas 77701
(409) 838-6578
(409) 838-6922 - facsimile
ATTORNEY FOR DEFENDANT

2